**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 96-7784**

—————————

HOMER W. WALKER,

Plaintiff - Appellant,

versus

JOHN J. LAMANNA, Warden; RODNEY TABRON, Unit
Manager, in their individual capacity and
personally,

Defendants - Appellees,

and

UNITED STATES DEPARTMENT OF JUSTICE, Federal
Bureau of Prisons,

Defendant.

—————————

**No. 96-7933**

—————————

HOMER W. WALKER,

Plaintiff - Appellant,

versus

RODNEY TABRON; JOHN J. LAMANNA; CHARLES
MASSEY, in their individual capacity and
personally,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Malcolm J. Howard, District Judges. (CA-95-940-5-BR, CA-96-488-5-H(1))

Submitted: March 27, 1997          Decided: April 4, 1997

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Homer W. Walker, Appellant Pro Se. Barbara Dickerson Kocher, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 96-7933, Walker appeals the district court's order denying relief on his action filed under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Walker v. Tabron, No. CA-96-488-5-H(1) (E.D.N.C. Dec. 4, 1996). In No. 96-7784, Walker appeals from the denial of relief on his Bivens claim alleging that the denial of his furlough request violated his right to equal protection. Our review of the record discloses no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED